UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:16-cv-81466-WPD/LSS

ELECTRONIC COMMUNICATION
TECHNOLOGIES, LLC,

    Plaintiff,

v.

CLEVER ATHLETICS CO., LLC

    Defendant.
_____/

## ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIM

Plaintiff Electronic Communication Technologies, LLC ("ECT"), by and through its counsel, hereby answers Defendant Clever Athletics Co., LLC's ("Clever") Amended Counterclaim.

1. Admitted.

2. Admitted.

3. Admitted if Defendant's counterclaims stated claims for which relief could be granted they Court would have original and exclusive subject matter of its counterclaims. Otherwise denied.

4. Admitted.

5. Admitted.

6. Admitted that Eclipse IP, LLC is a former name for Electronic Communication Technologies, LLC. Otherwise, denied.

7. Admitted that Eclipse IP, LLC changed its name to Electronic Communication Technologies, LLC, and that ECT filed the required papers to update the records at the United States Patent and Trademark Office to effectuate the name change. Otherwise, denied.

8. Admitted that ECT owns multiple patents. Admitted that ECT has enforced its rights pursuant to these patents in lawsuits filed in the name of Electronic Communication Technologies, LLC or as formerly known Eclipse IP, LLC. ECT has to date filed approximately fourteen (14) lawsuits related to the '261 Patent in the Southern District of Florida. Most of those lawsuits have been resolved. It is denied that these allegations have any relevance to any of the actions in this lawsuit. Otherwise, denied.

9. Admitted that the '261 Patent is a division of application No. 14/197,717, filed on Mar. 5, 2014, now Pat. No. 9,013,334, which is a division of application No. 13/732,601, filed on Jan. 2, 2013, now Pat. No. 8,711,010, which is a division of application No. 13/478,589, filed on May 23, 2012, now Pat. No. 8,362,927, which is a division of application No. 13/268,291, filed on Oct. 7, 2011, now Pat. No. 8,242,935, which is a division of application No. 13/005,702, filed on Jan. 13, 2011, now Pat. No. 8,068,037, which is a division of application No. 11/924,810, filed on Oct. 26, 2007, now Pat. No. 7,876,239, which is a continuation of application No. 10/858,752, filed on Jun. 2, 2004, now Pat. No. 7,319,414, which is a continuation of application No. 10/706,591, filed on Nov. 12, 2003, now Pat. No. 7,119,716. Provisional application No. 60/473,738, filed on May 28, 2003, provisional application No. 60/473,742, filed on May 28, 2003, provisional application No. 60/473,949, filed on May 28, 2003, provisional application No. 60/486,768, filed on Jul. 11, 2003, provisional application No. 60/498,819, filed on Aug. 29, 2003. Otherwise, denied.

ASSOULINE & BERLOWE, P.A.
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

10. Admitted that the '261 Patent is a division of application No. 14/197,717, filed on Mar. 5, 2014, now Pat. No. 9,013,334, which is a division of application No. 13/732,601, filed on Jan. 2, 2013, now Pat. No. 8,711,010, which is a division of application No. 13/478,589, filed on May 23, 2012, now Pat. No. 8,362,927, which is a division of application No. 13/268,291, filed on Oct. 7, 2011, now Pat. No. 8,242, 935, which is a division of application No. 13/005,702, filed on Jan. 13, 2011, now Pat. No. 8,068,037, which is a division of application No. 11/924,810, filed on Oct. 26, 2007, now Pat. No. 7,876,239, which is a continuation of application No. 10/858,752, filed on Jun. 2, 2004, now Pat. No. 7,319,414, which is a continuation of application No. 10/706,591, filed on Nov. 12, 2003, now Pat. No. 7,119,716. Provisional application No. 60/473,738, filed on May 28, 2003, provisional application No. 60/473,742, filed on May 28, 2003, provisional application No. 60/473,949, filed on May 28, 2003, provisional application No. 60/486,768, filed on Jul. 11, 2003, provisional application No. 60/498,819, filed on Aug. 29, 2003. Otherwise, denied.

11. Admitted that the '261 Patent is a division of application No. 14/197,717, filed on Mar. 5, 2014, now Pat. No. 9,013,334, which is a division of application No. 13/732,601, filed on Jan. 2, 2013, now Pat. No. 8,711,010, which is a division of application No. 13/478,589, filed on May 23, 2012, now Pat. No. 8,362,927, which is a division of application No. 13/268,291, filed on Oct. 7, 2011, now Pat. No. 8,242, 935, which is a division of application No. 13/005,702, filed on Jan. 13, 2011, now Pat. No. 8,068,037, which is a division of application No. 11/924,810, filed on Oct. 26, 2007, now Pat. No. 7,876,239, which is a continuation of application No. 10/858,752, filed on Jun. 2, 2004, now Pat. No. 7,319,414, which is a continuation of application No. 10/706,591, filed on Nov. 12, 2003, now Pat. No. 7,119,716. Provisional application No. 60/473,738, filed on May 28, 2003, provisional application No.

ASSOULINE & BERLOWE, P.A.
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

60/473,742, filed on May 28, 2003, provisional application No. 60/473,949, filed on May 28, 2003, provisional application No. 60/486,768, filed on Jul. 11, 2003, provisional application No. 60/498,819, filed on Aug. 29, 2003. Otherwise, denied.

12. Admitted that, in 2014, Hon. Judge Wu held invalid: four (4) of twenty (20) claims of U.S. Pat. No. 7,113,110 title "Stop List Generation Systems and Methods Based Upon Tracked PCD's and Responses for Notified PCD's" (the "110 Patent"); four (4) of fourteen (14) claims of 7,064,681 titled "Response Systems and Methods for Notification Systems" (the "'681 Patent"); and, thirteen (13) of ninety-two (92) claims of 7,119,716 title "Response Systems and Methods for Notification Systems for Modifying Future Notifications" (the "'716 Patent" collectively with the '681 Patent and '110 Patent the "McKinley Patents"). *Eclipse IP LLC, v. McKinley Equip. Corp.*, Case No. SACV 14–154–GW(AJWx), 2014 WL 4407592 (C.D. Cal Sept. 4, 2014). Neither the *McKinley Patents* nor claims from the *McKinley Patents* are asserted in this action. To the extent not expressly admitted the allegations of paragraph 12 are denied.

13. Denied.

14. Denied.

15. Admitted that the applicant for the '261 Patent disclosed McKinley to the United States Patent and Trademark Office. Otherwise, denied.

16. Admitted that the *McKinley* decision is not material to examination of the '261 Patent, that the claims of the '261 Patent are direct to subject matter that is different than the claims held invalid in *McKinley* and the claims in *McKinley* are not prior art. Otherwise, denied.

17. Denied.

18. Denied.

19. Denied that there is any genuine controversy as to the validity of the Claims of the '261 Patent, which are presumed valid pursuant to 35 U.S.C. § 282. Admitted that Clever claims it does not infringe the '261 Patent. Otherwise, denied.

20. ECT re-alleged and incorporates its responses to the allegations of paragraphs 1-19.

21. Denied.

22. Admitted that Clever is requesting relief. Denied that the relief requested states a claim and serves a useful purpose. Denied that Clever is entitled to any relief.

23. ECT re-alleged and incorporates its responses to the allegations of paragraphs 1-19.

24. Denied.

25. Denied.

26. Denied.

27. Admitted that Clever is requesting relief. Denied that the relief requested states a claim and serves a useful purpose. Denied that Clever is entitled to any relief.

Any allegation not expressly admitted herein is denied.

[Signature page follows . . . ]

ASSOULINE & BERLOWE, P.A.
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

Dated: January 17, 2017				Respectfully submitted,

              By: s/Peter A. Koziol
              Peter A. Koziol (FBN 030446)
              pak@assoulineberlowe.com
              Eric N. Assouline (FBN 106143)
              ena@assoulineberlowe.com
              Greg M. Popowitz (FBN 70313)
              gmp@assoulineberlowe.com
              **ASSOULINE & BERLOWE, P.A.**
              1801 N. Military Trail, Suite 160
              Boca Raton, Florida 33431
              Telephone: (561) 361-6566
              Facsimile:  (561) 361-6466

              *Attorneys for Plaintiff,*
              *Electronic Communication Technologies, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner referenced below.

By:     s/ *Peter A. Koziol*
         Peter A. Koziol

## SERVICE LIST

*Electronic Communication Technologies, LLC v. Clever Athletics Co., LLC*
CASE NO.: 9:16-cv-81466-WPD/LSS
United States District Court, Southern District of Florida

**VIA CM/ECF**

Todd A. Jennings (FBN 93910)
taj@macfar.com
Macfarlane Ferguson & McMullen
625 Court St., Ste 200
Clearwater, FL 33756-5528
Office: 727-441-8966

*Attorneys for Defendant,*
*Clever Athletics Co, LLC*