UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:16−cv−81466-WPD/LSS

ELECTRONIC COMMUNICATION
TECHNOLOGIES, LLC,

    Plaintiff,

v.

CLEVER ATHLETICS CO., LLC
D/B/A CLEVER TRAINING

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Electronic Communication Technologies, LLC and Clever Athletics Co, LLC d/b/a Clever Training stipulate to the dismissal of all claims by and between the parties with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: January 27, 2017                     Respectfully submitted,

By: s/Todd A. Jennings                      By: s/Peter A. Koziol
    Todd A. Jennings (FBN 93910)                Peter A. Koziol (FBN 030446)
    taj@macfar.com                              pak@assoulineberlowe.com
                                                Eric N. Assouline (FBN 106143)
    Macfarlane Ferguson & McMullen              ena@assoulineberlowe.com
    625 Court St., Ste 200                      Greg M. Popowitz (FBN 70313)
    Clearwater, FL 33756-5528                   gmp@assoulineberlowe.com
    Office: 727-441-8966

    *Attorneys for Defendant,*                  **ASSOULINE & BERLOWE, P.A.**
    *Clever Athletics Co, LLC*                  1801 N. Military Trail, Suite 160
                                                Boca Raton, Florida 33431
                                                Telephone: (561) 361-6566
                                                Facsimile:  (561) 361-6466

                                                *Attorneys for Plaintiff,*
                                                *Electronic Communication Technologies, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner referenced below.

By:    s/ *Peter A. Koziol*
        Peter A. Koziol

## SERVICE LIST

*Electronic Communication Technologies, LLC v. Clever Athletics Co., LLC*
**CASE NO.: 9:16−cv−81466-WPD/LSS**
**United States District Court, Southern District of Florida**

**VIA CM/ECF**

Todd A. Jennings (FBN 93910)
taj@macfar.com
Macfarlane Ferguson & McMullen
625 Court St., Ste 200
Clearwater, FL 33756-5528
Office: 727-441-8966

***Attorneys for Defendant,***
***Clever Athletics Co, LLC***