UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:16−cv−81466-WPD/LSS

ELECTRONIC COMMUNICATION
TECHNOLOGIES, LLC,

    Plaintiff,

v.

CLEVER ATHLETICS CO., LLC

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 26], filed herein on January 27, 2017.  The Court has carefully reviewed the Stipulation [DE 26] and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 26] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own attorneys' fees and costs; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of January, 2017.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies furnished to:

Counsel of record